UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PAVLE ZIVKOVIC,<br><br>      Plaintiff,<br><br>v.<br><br>VALBELLA AT THE PARK, LLC,<br><br>      Defendant. | Civil Action No. 22-cv-07344 (GHW) |

---

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law and annexed materials, Plaintiffs shall move the Court at such date and time as counsel may be heard to grant Plaintiffs' motion for an order to show cause why Respondent 10Tier.com should not be ordered to comply with a Rule 45 subpoena.

Dated: New York, New York
    June 6, 2023

                          Respectfully submitted,

                          **JOSEPH & KIRSCHENBAUM LLP**

                           /s/ *Josef Nussbaum*
                          D. Maimon Kirschenbaum
                          Josef Nussbaum
                          Lucas C. Buzzard
                          32 Broadway, Suite 601
                          New York, NY 10004
                          (212) 688-5640
                          (212) 688-2548 (fax)

                          *Attorneys for Plaintiffs*