# EXHIBIT D

```
                                                         Page 1

                                                             1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - -x
     PAVLE ZIVKOVIC,
 4                  Plaintiff,
 5                           22 Civ. 7344(GHW)
 6           -against-
 7   VALBELLA AT THE PARK, LLC,
 8                  Defendant.
     - - - - - - - - - - - - - - - - -x
 9
10                  DATE:  Thursday, May 25, 2023
11                  TIME:  10:03 a.m.
12
13           Deposition of ROSEY KALAYJIAN,
14   Defendant, taken by Plaintiff, in the
15   above-entitled action, held via Zoom, Veritext
16   Virtual, pursuant to notice, taken before
17   Elizabeth A. Stella, a Stenographer and Notary
18   Public within and for the State of New York.
19
20
21
22
23
24
25
```

Page 2

2

1
2  R E M O T E   A P P E A R A N C E S:
3       JOSEPH & KIRSCHENBAUM, LLP
            Attorneys for Plaintiff
4           32 Broadway, Suite 601
            New York, New York 10004
5           (212) 688-5640
6       BY:  LUCAS C. BUZZARD, ESQ.
             lucas@jk-llp.com
7
8
        LAW OFFICES OF FRED L. SEEMAN
9           Attorneys for Defendant,
            Valbella at the Park LLC
10          32 Broadway, Suite 1214
            New York, New York 10004
11          (212) 608-5000
12      BY:  FRED L. SEEMAN, ESQ.
             fred@seemanlaw.com
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

3

1              STIPULATIONS
2       It is hereby stipulated and agreed by
3  counsel and among counsel for the respective
4  parties hereto, that the filing, sealing, and
5  certification of the witness' deposition shall
6  be and the same are hereby waived; it is
7  further stipulated and agreed that all
8  objections, except as to the form of the
9  question, shall be reserved to the time of
10 trial; it is further stipulated and agreed
11 that the within deposition may be signed
12 before any notary public with the same force
13 and effect as if signed and sworn to before
14 the Court.
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              R. Kalayjian
2       R O S E Y  K A L A Y J I A N, the witness
3  herein, having been sworn, remotely, upon
4  being examined testified as follows:
5  EXAMINATION BY MR. BUZZARD:
6       Q    Good morning, Ms. Kalayjian.  How
7  are you?
8       A    Good, thanks.  How are you?
9       Q    Good, thanks.  So I know, obviously
10 I was present for your last deposition, so I
11 know you know generally what this is.  So I'll
12 just very briefly go over some basic ground
13 rules for today.
14      First, because Ms. Stella is writing
15 down everything that we say, it's important to
16 let me finish my question before you answer.
17 Is that all right?
18      A    Yes.
19      Q    And I will do the same for you,
20 obviously.  Also, you know, just in case we
21 have any technical difficulties or anything
22 like that, if you can't hear me or if you
23 don't hear the question, just let me know and
24 I'm happy to repeat.  Do you understand that?
25      A    Yes.

Page 5

1              R. Kalayjian
2       Q    And by the same token, if you don't
3  understand one of my questions, just let me
4  know and I'll rephrase it or ask it in a
5  different way.  Is that all right?
6       A    Yes.
7       Q    Okay.  If you need a break at any
8  time, just let me know.  I know we're only
9  here until -- we have a hard stop at 1:00, so
10 I'm just going to try to go as quickly as
11 possible, but obviously if anyone needs a
12 break, just let me know and we'll just try to
13 keep them quick if that's okay.  The only
14 thing I ask, Ms. Kalayjian, is that if I've
15 asked a question that you answer it before we
16 take any break.  Is that all right?
17      A    Yes.
18      Q    Your attorney, Mr. Seeman, may
19 object to some of my questions; however,
20 unless he specifically instructs you not to
21 answer, you still must answer, despite his
22 objection.  Do you understand that?
23      A    Yes.
24      MR. SEEMAN:  Mr. Buzzard, on that issue,
25 are you going to make a statement that this is

2 (Pages 2 - 5)

Page 90

1        R. Kalayjian
2  have any social media accounts?
3     A    It does.
4     Q    On and what platforms does it have
5  accounts?
6     A    It has an Instagram account that we
7  never use, rarely use I should say.  And I
8  believe it has a Facebook account that we
9  don't use either.
10    Q    Okay.  Is there a specific person
11 that's responsible for updating Valbella at
12 the Park's social media accounts?
13    A    I am, which is why nothing is ever
14 done to it.  I have no time.  It's not what we
15 do.
16    Q    Aside from yourself, is anyone else
17 responsible for updating Valbella at the
18 Park's social media accounts?
19    A    No.
20    Q    And you have always been
21 responsible for updating those accounts?
22    A    Yes.
23    Q    And there has never been anyone
24 else that's had that responsibility?
25    A    No.  It's my password, my account.

Page 91

1        R. Kalayjian
2     Q    All right.  I'm going to go back to
3  Exhibit 1 for one moment.  And I'm going to
4  direct your attention to Topics 20 and 22.
5  Ms. Kalayjian, are you able to testify today
6  on behalf of Valbella at the Park about the
7  identities of the individuals that manage
8  and/or operate Valbella at the Park's website?
9     A    Of course.
10    Q    And are you able to testify on
11 behalf of Valbella at the Park about
12 communications with potential customers,
13 politicians, and the media relating to the
14 opening of Valbella at the Park?
15    A    Of course.
16    Q    Who is it that manages Valbella at
17 the Park's website?
18    A    I believe you know this answer, but
19 I will tell you again, Guinutis.
20    Q    Guinutis Sipas?
21    A    See, I knew you knew.
22    Q    And does he work for Ten Tier, LLC?
23    A    Yes.
24    Q    And how does it work when there
25 needs to be a change to Valbella at the Park's

Page 92

1        R. Kalayjian
2  website?
3     A    I just e-mail him what I need done
4  and he gets it done.  That simple.
5     Q    Aside from Mr. Sipas, has there
6  ever been anyone else in charge of managing
7  Valbella at the Park's website?
8     A    No.
9     Q    Okay.  I'm going to direct your
10 attention back to Exhibit 2.  Again, this is
11 the responses to plaintiff's first request for
12 the production of documents with attached
13 documents.  I'm going to go to page DEF318.
14 I'm looking at pages 318 and 319.  These
15 appear to be e-mails between yourself and
16 Mr. Sipas; is that right?
17    A    Yes.
18    Q    And I see these e-mails -- the
19 e-mail roro107@optonline.net.  Is that your
20 e-mail?
21    A    That's my personal, yeah.
22    Q    Okay.  Now, it appears that -- and
23 correct me if I'm wrong -- it looks like on
24 February 16, 2021, you're asking Mr. Sipas to
25 buy the domain name www.valbellaatthepark.com;

Page 93

1        R. Kalayjian
2  is that right?
3     A    That is correct.
4     Q    And at this time, was Mr. Sipas
5  managing One If By Land's website?
6     A    Yes.  Yes, he was.
7     Q    Okay.  And then I'm going down to
8  DEF320.  Again, it looks like these are
9  e-mails between yourself and Mr. Sipas,
10 correct?
11    A    Um-hum.  Yes.
12    Q    And looks like he told you on March
13 8th, 2021, that he just bought
14 valbellaatthepark.com, right?
15    A    Correct.
16    Q    So that domain has been owned by
17 Valbella at the Park since March 8th, 2021?
18    A    Yes.
19    Q    Are there any other domain names
20 that Valbella at the Park owns?
21    A    No, just, I believe, that.
22    Q    And it looks like on this e-mail,
23 on page DEF320, Mr. Sipas asks you, after he
24 told you that he bought that domain name, does
25 this need a new website design for it or do

24 (Pages 90 - 93)

Page 94

```
 1            R. Kalayjian
 2  you have that covered already?
 3      A   Right.
 4      Q   Did you respond to that e-mail?
 5      A   Yes, I'm sure I did.  I was hiring
 6  him.  Sometimes people ask him just to buy
 7  domain names just to hold the name.  He just
 8  wanted to make sure I wanted more than just a
 9  name.
10      Q   Did he design the website?
11      A   Yes.
12      Q   Did you -- how did that work?  Did
13  he come up with the design on his own or did
14  you provide him with...
15      A   I basically told him what I wanted,
16  and, you know, it's hard in the beginning
17  because you don't have much content.  So he'll
18  put placeholders in and do, like, a dummy site
19  for me to see if that's the aesthetic I'm
20  going for.  It takes a while.  It takes a long
21  time before it goes live.
22      Q   Do you remember when
23  valbellaatthepark.com first was publicly
24  available?
25          MR. SEEMAN:  Objection.
```

Page 95

```
 1            R. Kalayjian
 2      A   I'm sorry.  I don't know what that
 3  means, publicly available.
 4      Q   When he purchased the website
 5  valbellaatthepark.com on March 8, 2021, right?
 6      A   Right.
 7      Q   So if someone went to the website
 8  on that date, would they see anything?
 9      A   No.  No.  There's nothing there.
10      Q   All right.  Do you recall when it
11  was in time that a member of the public could
12  go to valbellaatthepark.com and see any
13  content at all?
14      A   I believe when we opened, when we
15  launched is when we launched.  I don't recall
16  the exact date, but I believe -- because I had
17  no content, so there was no sense in putting
18  anything up.
19      Q   Okay.  All right.  I'm going to go
20  up to DEF315.  This looks like an e-mail sent
21  from you to Mr. Sipas on July 13th, 2021; is
22  that right?
23      A   Right.
24      Q   And cc'd on this is Danielle
25  Sewere?
```

Page 96

```
 1            R. Kalayjian
 2      A   Right.
 3      Q   And that's Danielle Brown, right?
 4      A   Right.
 5      Q   Was Ms. Brown/Sewere working with
 6  you on the design of Valbella at the Park's
 7  website at this time?
 8      A   Not really.  I valued her opinion.
 9  She's had so much exposure to fabulous sites,
10  and I just wanted her opinion.
11      Q   Okay.  Did she provide any input
12  into the design of Valbella at the Park's
13  website?
14      A   Not really.  She gave me a
15  suggestion of a couple of other restaurants
16  that I should look toward, because she knew
17  the aesthetic I was going for, so she guided
18  me to some that she had come across.  It's a
19  very long process.
20      Q   Right.  And in your e-mail to
21  Mr. Sipas, you say, here is our logo for
22  Valbella at the Park for you to use as a
23  placeholder.
24      A   Right.
25      Q   And it looks like these are
```

Page 97

```
 1            R. Kalayjian
 2  attachments to your e-mail; is that right?
 3      A   Um-hum.
 4      Q   And that's the logo that you sent
 5  him?
 6      A   Correct.
 7      Q   And in closing you say, in the
 8  meantime, just wanted you to have our logo to
 9  maybe say coming soon on our landing page.
10  Was there ever a publicly available version of
11  Valbella at the Park's website that was just a
12  landing page that said coming soon?
13      A   He might have done that.  I don't
14  remember how that turned out, but I gave it to
15  him in case so when somebody typed in
16  valbellaatthepark.com, it wasn't just -- I
17  don't remember -- it might have been fuzzy or
18  jumbled stuff.  I don't remember what happens
19  when you buy a name and you don't use it.  So
20  he might have put something there.
21      Q   Okay.  Do you recall giving him a
22  design for a landing page or anything like
23  that?
24      A   Obviously, it's right there.  I
25  gave him the logo.
```

25 (Pages 94 - 97)

Page 98
R. Kalayjian
1       R. Kalayjian
2    Q   Before he makes any changes to
3  Valbella at the Park's website, does Mr. Sipas
4  run those changes by you?
5    A   He doesn't do a change unless I
6  tell him to make a change.
7    Q   So anything that appears on
8  valbellaatthepark.com, you've reviewed and
9  approved?
10   A   Correct.
11   Q   All right.  I'm going to show you
12 what is a screen grab of my web browser.  Are
13 you familiar with the website the Way Back
14 Machine?
15   A   The what?  No.
16   Q   I'll represent to you that it's a
17 nonprofit that captures websites on the
18 internet at specific points in time.  And I
19 went on it and I looked at
20 valbellaatthepark.com, and this was captured
21 on December 22nd, 2021.  Does this look
22 familiar, like the landing page of Valbella at
23 the Park --
24   A   No.
25   Q   -- at any point in time?

Page 99
1       R. Kalayjian
2    A   No.  I would never do that.  That's
3  not even the right phone number.  I would
4  definitely not do that.  I wouldn't give the
5  wrong phone number to my own business.  So
6  whoever did this, mocked this up obviously
7  doesn't know what the hell they're doing.
8    Q   Do you recall Mr. Sipas ever
9  running anything like this by you for
10 publishing on valbellaatthepark.com?
11   A   I wouldn't authorize that.  That's
12 the wrong phone number to my new business.
13   Q   Okay.  So you don't recognize this
14 is what you're saying?
15   A   No.
16   Q   This is the logo, right?
17   A   It's my logo.  So what?  People
18 copy and paste logos all the time.  I do it
19 for customer's menus.
20   Q   If Mr. Sipas discussed with you
21 about putting a landing page or the content on
22 a landing page or anything like that, would
23 that be contained in an e-mail to you?
24   A   You just saw the e-mail that I gave
25 him.  Yes.  Would he, he would, but I don't

Page 100
1       R. Kalayjian
2  recall if we did one.
3    Q   When you -- the e-mails that we
4  just looked at, are those e-mails that you
5  collected and produced to Mr. Seeman?
6    A   Yes.
7    Q   When you -- and you found those
8  e-mails by searching your personal e-mail
9  account?
10   A   Yes.
11   Q   The roro107@gmail?
12   A   That's my personal.
13   Q   Are these all the e-mails between
14 yourself and Mr. Sipas relating to the
15 creation of valbellaatthepark.com that you
16 located?
17   A   No.  I have thousands of
18 communications.  I communicate with him -- no.
19 I don't know.  I didn't count.  I just sent
20 what I could at that time.
21   Q   So there are e-mails between
22 yourself and Mr. Sipas relating to
23 valbellaatthepark.com, which have not yet been
24 produced; is that right?
25   A   There's thousands.  It would take a

Page 101
1       R. Kalayjian
2  very long time to do that.  I gave what was
3  the most important.  I don't think you really
4  care, you know, remove this comma, take this
5  period out.  Do you?
6       MR. BUZZARD:  I would ask that a search be
7    performed for communications between Ms.
8    Kalayjian and Mr. Sipas relating to
9    valbellaatthepark.com for the time prior to
10   March 31st, 2022.
11      MR. SEEMAN:  We'll take that under
12   advisement.
13      MR. BUZZARD:  And that they be produced.
14      MR. SEEMAN:  Okay.  Thank you.  Thank you,
15   Counsel.
16   Q   Sorry, very quickly, you said
17 that -- just going back to this page I was
18 just looking at, you said that the telephone
19 number was wrong, right?
20   A   Yes.  Why would I post the wrong
21 phone number?
22      MR. SEEMAN:  There's no question.
23   A   So dumb.
24   Q   Do you recognize that phone number?
25   A   Yes.

26 (Pages 98 - 101)