LAW OFFICES OF
**FRED L. SEEMAN**
32 BROADWAY, SUITE 1214
NEW YORK, NEW YORK 10004

FRED L. SEEMAN, ESQ.
FRED@SEEMANLAW.COM
PETER M. KIRWIN, ESQ.
PETER@SEEMANLAW.COM

ALEX TAVAREZ, OFFICE MANAGER

TEL: (212) 608-5000
FAX: (212) 385-8161
WWW.SEEMANLAW.COM

July 19, 2023

<u>Via ECF</u>
Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

> Re:        <u>*Zivkovic v. Valbella at the Park LLC*</u>
> Case No.:  22-cv-7344
> <u>Our File:   F11300</u>

Dear Judge Woods:

    Our firm represents Defendant, Valbella at the Park LLC ("VATP") and non-party Oak Grove Road LLC ("OGR"). In accordance with Your Honor's Order dated July 17, 2023, enclosed please find a Declaration, as contemplated by Local Rule 1.4, in support of our firm's application to withdraw as counsel for VATP and OGR. Additionally, we request that the Court treat our firm's Letter, dated July 14, 2023, as our Memorandum of Law in support of such application.

    We thank the Court for its attention to this matter.

Respectfully submitted,

<u>   /s/ Fred L. Seeman   </u>
The Law Offices of Fred L. Seeman
By: Fred L. Seeman, Esq.
*Attorneys for Defendant, Valbella at the Park LLC and non-party Oak Grove Road LLC*
32 Broadway, Suite 1214
New York, New York 10004
Tel: (212) 608-5000

Encl.
cc: All Counsel via electronic filing
cc: Valbella at the Park LLC, c/o Rosey Kalayjian, via e-mail
cc: Valbella at the Park LLC, c/o Robert Daleo, via e-mail
cc: Oak Grove Road LLC, c/o Rosey Kalayjian, via e-mail

1