LAW OFFICES OF
# FRED L. SEEMAN
32 BROADWAY, SUITE 1214
NEW YORK, NEW YORK 10004

FRED L. SEEMAN, ESQ.
FRED@SEEMANLAW.COM
PETER M. KIRWIN, ESQ.
PETER@SEEMANLAW.COM
_____

ALEX TAVAREZ, OFFICE MANAGER

TEL: (212) 608-5000
FAX: (212) 385-8161
WWW.SEEMANLAW.COM

July 20, 2023

**Via-ECF:**
Honorable Gregory H. Woods
Southern District of New York
United Stated District Court
Daniel Patrick Moynihan US Courthouse
500 Pearl Street
New York, New York 10007

Re:   **Emergency Request for Adjournment**
      *Zivkovic v. Valbella at the Park LLC*
      **Index No. 22-cv-07344-GHW**
      **Our File: F11300**

Dear Judge Woods:

We send this letter pursuant to Rule 1(E) of Your Honor's Individual Rules of Practice, and, as set forth below, we respectfully submit that this letter falls within the "emergency" exception to that Rule.

Approximately an hour and a half ago, our firm was contacted by Baker & Hostetler LLP, counsel for Rosey Kalayjian in the related matter entitled *Zivkovic v. Laura Christy LLC*, Index No. 17-cv-00553. Counsel advised that, due to a serious family emergency, Ms. Kalayjian <u>cannot</u> appear at tomorrow's phone conference, on behalf of Oak Grove Road LLC, in which she holds a 90% interest, or Valbella at the Park LLC (in which Oak Grove Road LLC holds a 50% interest).

Accordingly, based upon the foregoing, we respectfully request a brief adjournment of tomorrow's phone conference so that Ms. Kalayjian may appear next week as directed by Your Honor's Order dated July 17, 2023. Our office is available on Monday, July, 24, 2023 at any time before 1:00 p.m. as well as any time after 11:00 a.m. on Tuesday July 25, 2023 and Wednesday July 26, 2023.

At approximately 1:30 p.m. today, I discussed this unforeseen emergency with Plaintiff's counsel, Lucas Buzzard, Esq., who advised me that the Plaintiff cannot consent to any adjournments or extensions of time.

Accordingly, I am now writing to the Court directly with said request. This is the first request for such relief.

Respectfully submitted,

*/s/ Fred L. Seeman*
Fred L. Seeman, Esq.

Cc: All counsel via electronic filing
Cc: Clients via email

1