```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
              :
PAVLE ZIKVOVIC,           :
              :
           Plaintiff,   :   1:22-cv-7344-GHW
              :
        -v -            :   <u>ORDER</u>
              :
VALBELLA AT THE PARK, LLC,   :
             :
           Defendant.  :
             :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Defendant's July 20, 2023 request to adjourn the conference regarding Defendant's counsel's motion to withdraw, Dkt. No. 59, is granted. The teleconference scheduled for July 21, 2023, is adjourned to July 25, 2023, at 3:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. A representative of Defendant Valbella at the Park LLC ("VATP") and a representative of Oak Grove Road LLC ("OGR") are directed to join the teleconference.

      Counsel for Defendant is directed to serve a copy of this order on VATP and OGR and to retain proof of service.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 59.

      SO ORDERED.

Dated: July 20, 2023
      New York, New York

                                                   GREGORY H. WOODS
                                              United States District Judge