```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                    :
PAVLE ZIVKOVIC,                                     :
                                                    :
                              Plaintiff,            :     1:22-cv-7344-GHW
                                                    :
                 -v -                               :     ORDER
                                                    :
VALBELLA AT THE PARK, LLC,                          :
                                                    :
                              Defendant.            :
                                                    :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On July 25, 2023, the Court held a teleconference to discuss Mr. Seeman's and Mr. Marrano's motion to withdraw as counsel for Defendant Valbella at the Park, LLC ("VATP") and non-party Oak Grove Road LLC ("OGR"). For the reasons stated on the record during that conference, that motion is granted.

As stated on the record during the July 25, 2023 conference, this case is stayed until August 23, 2023, to permit VATP to retain replacement counsel. In the event that VATP retains new counsel prior to August 23, 2023, the stay will be lifted upon the filing of a notice of appearance by that counsel. If no attorney enters an appearance on behalf of VATP by that date, VATP will be found in default.

The Clerk of Court is directed to:

- terminate the motion pending at Dkt. No. 55;

- remove attorneys Fred L. Seeman and Christopher Ryan Marrano from the list of active counsel in this case; and

- stay this case until August 23, 2023.

Outgoing counsel for Defendant and OGR are directed to serve a copy of this order on VATP and OGR and to retain proof of service.

SO ORDERED.

Dated: July 25, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge