```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
PAVLE ZIVKOVIC,                                                :
                                                               :
                              Plaintiff,                       :   1:22-cv-7344-GHW
                                                               :
            -v -                                               :   ORDER
                                                               :
VALBELLA AT THE PARK, LLC,                                     :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    On July 25, 2023, the Court granted the motion to withdraw as counsel filed by counsel for Defendant Valbella at the Park ("VATP") and non-party Oak Grove Road LLC ("OGR"). Dkt. No. 61. The Court's July 25, 2023 order stayed this case until the earlier of August 23, 2023, or the appearance of new counsel on behalf of VATP. *Id.* On August 22, 2023, new counsel appeared on behalf of VATP and OGR. *See* Dkt. Nos. 62, 63. The stay of this case is therefore lifted.

    The parties are directed to file a joint letter setting forth their positions regarding any proposed modifications to the discovery schedule no later than August 30, 2023.

    The Clerk of Court is directed to remove the "stayed" case notation from the docket.

    SO ORDERED.

Dated: August 23, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge