UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC,

        Plaintiff,

v.

VALBELLA AT THE PARK, LLC,

        Defendant.

Case No. 22 Civ. 7344 (AS)

## ORDER FOR WITHDRAWAL OF COUNSEL

In accordance with Local Civil Rule 1.4, and upon consideration of the annexed declaration, Michael S. Gordon, of Baker & Hostetler LLP, is hereby withdrawn as counsel for defendant, Valbella at the Park LLC, and third-party Oak Grove Road LLC and the clerk is directed to remove his name from the ECF service list in the above-captioned action.

SO ORDERED:

_____
U.S.D.J.
January 23, 2024