UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAVLE ZIVKOVIC,<br><br>        Plaintiff,<br><br>  -against-<br><br>VALBELLA AT THE PARK, LLC,<br><br>        Defendant. | 22-CV-07344 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's December 27, 2023 Order, Dkt. 105, the parties are required to file a joint status update every 60 days on the status of the bankruptcy proceedings. The last update was filed on October 28, 2024, so the next status update is now overdue. Dkt. 116. The parties must file a status update by January 15, 2025.

  SO ORDERED.

Dated: January 10, 2025
   New York, New York

                            ARUN SUBRAMANIAN
                            United States District Judge