UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pavle Zivkovic,<br><br>      Plaintiff,<br><br> -against-<br><br>Valbella at the Park, LLC,<br><br>      Defendant. | 22-cv-7344 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Counsel for Albert Togut is directed to meet and confer with the parties to the action and submit a letter to the Court within seven days specifying if his motion to substitute himself, in his capacity as the Chapter 7 trustee of the estate of Laura Christy Midtown LLC, Dkt. 133, is opposed by any party.

  SO ORDERED.

Dated: November 18, 2025
    New York, New York

                   ARUN SUBRAMANIAN
                   United States District Judge