UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pavle Zivkovic,<br><br>    Plaintiff,<br><br>-against-<br><br>Valbella at the Park, LLC,<br><br>    Defendant. | 22-cv-7344 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 The motion to substitute Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee of the estate of Laura Christy Midtown, LLC, is GRANTED.

 Defendant's opposition to the motion cites largely irrelevant arguments and does not explain why substitution is improper. While the Court agrees that a writ of execution should not issue for a non-final judgment, Togut is not currently seeking any order enforcing any judgment.

 Defendant expressed a desire to depose Togut should the Court grant the motion. The parties are directed to meet and confer in good faith to discuss whether a deposition is proper. If the parties are unable to agree, defendant may renew the request in a motion to compel if it has appropriate justification.

 The Clerk of Court is directed to substitute "Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee of the estate of Laura Christy Midtown, LLC" as the plaintiff in this action, and to terminate the motion at Dkt. 133.

 SO ORDERED.

Dated: November 25, 2025
   New York, New York

                 ARUN SUBRAMANIAN
                 United States District Judge