UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert Togut, not individually but solely in his capacity as the Chapter 7 trustee of the estate of Laura Christy Midtown, LLC, <br><br>                 Plaintiff, <br><br>      -against- <br><br> Valbella at the Park, LLC, <br><br>                 Defendant. | 22-cv-7344 (AS) <br><br> ORDER |

ARUN SUBRAMANIAN, United States District Judge:

This case was stayed in December 2023 shortly before a bench trial was to be held due to the bankruptcy filing of Laura Christy Midtown, LLC. As the automatic stay has been lifted with respect to this action and the bankruptcy court has permitted the trustee to proceed with this action, the Court believes this action is ripe for trial.

The parties are directed to meet and confer and propose in a joint letter several dates during the first four months of 2026 during which they are available for a trial.

       SO ORDERED.

Dated: December 2, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge