UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert Togut, in his capacity as the Chapter 7 trustee of the estate of Laura Christy Midtown, LLC., | |
| Plaintiff, | 22-CV-7344 (AS) |
| -against- | ORDER |
| Valbella at the Park, LLC, | |
| Defendants. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court's December 2, 2025, Order, Dkt. 141, is amended to clarify that the parties should submit trial dates within seven days of this order.

SO ORDERED.

Dated: December 4, 2025
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge