

81 Main Street, Suite 215 | White Plains, NY 10601
Tel: 914.686.4800 | Fax: 914.686.4824

KEVIN J. HARRINGTON, PARTNER
kharrington@homlegal.com

February 24, 2026

**Via ECF**

The Honorable Arun Subramanian
United District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      Re:  *Zivkovic et al. v. Valbella At The Park, LLC*
           Case No.: 22-cv-07344 (AS)

Dear Judge Subramanian:

      We represent Defendant Valbella At The Park, LLC ("VATP") (the "Defendant') in the above referenced matter.

      We are happy to report that we reached the terms of a universal settlement, including the above-referenced case pending before Your Honor, with Albert Togut, Esq., Trustee in the Laura Christy bankruptcy matter, who by Order dated November 25, 2025 (Doc 140), was substituted as the real party in interest for Plaintiff in this matter. The settlement is a global settlement of not only the claims in this lawsuit, but also of related claims in other proceedings both in the District Court before the Hon. Gregory H. Woods in the action *Zivkovic v. Laura Christy LLC, et al, 17 CV 553 (GHW)* (the "2017 Action"), as well as the adversary proceeding in the David Ghatanfard bankruptcy matter, in the action *Yann Geron, Chapter 7 Trustee of the Estate of Davoud Ghatanfard a/k/a David Ghatanfard v. Rosey Kalayjian and Hamptons Consulting Services LLC*, 25-07032-shl, brought in the Bankruptcy Court.

      We are in the process of exchanging drafts to the Settlement Agreement and we are happy to report that there does not appear to be any substantive issues with respect to the settlement or the Settlement Agreement itself. We expect to have a signed settlement agreement shortly. Once the Settlement Agreement is fully executed, a Bankruptcy Rule 9019 motion in both bankruptcy proceedings pending before the Hon. Shireen A. Barday will need to be made seeking approval of the settlement by Judge Barday in both cases.

      Based upon the foregoing, we believe a conference with Your Honor would be very helpful to discuss Your Honor's Pretrial deadlines and the upcoming trial set for April 20, 2026, and Your Honor's willingness to consider an application for a possible stay of this action pending Bankruptcy Court approval of the Settlement and/or an extension of the current deadlines.

The Honorable Arun Subramanian
United District Court Judge
United States District Court
Southern District of New York
February 24, 2026
Page 2

Thank you for your kind attention to this matter.

                                              Respectfully yours,

                                              s/ Kevin J. Harrington

                                              Kevin J. Harrington

cc:    Counsel of Record (via ECF and email)

        Counsel for Albert Togut, Esq., Chapter 7 Trustee (via email)

        Counsel for Yann Geron, Esq., Chapter 7 Trustee (via email)