UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albert Togut, in his capacity as the Chapter 7 trustee of the estate of Laura Christy Midtown, LLC,<br><br>                               Plaintiff,<br><br>          -against-<br><br>Valbella at the Park, LLC,<br><br>                             Defendant. | 22-CV-7344 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As a result of the settlement in principle, the case is hereby STAYED and all deadlines within the next 60 days are CANCELLED.

The parties are ORDERED to submit an update via joint letter within 45 days stating (1) whether the terms have been agreed to by all parties and (2) whether the settlement has been approved by the bankruptcy court.

SO ORDERED.

Dated: February 25, 2026
      New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge