UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAVLE ZIVKOVIC,

Plaintiff,

-against-

VALBELLA AT THE PARK, LLC,

Defendant.

22-CV-7344 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 21, 2026, the parties were ordered to submit a joint letter on or before August 28, 2026. Dkt. 153. To date, no joint letter has been filed. The parties are hereby ORDERED to file a joint letter apprising the Court of the status of the Bankruptcy proceedings on or before September 3, 2026.

SO ORDERED.

Dated: August 31, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge